IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.   19-CR-125-RJA

ANGELO KIDD,

Defendant.

_____

## PETITION AND ORDER FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO:  THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The Petition of the United States Attorney for the Western District of New York respectfully states:

The defendant, ANGELO KIDD, was involved in a crime against the United States, violation of Title 18, United States Code 3583. He is incarcerated at Erie County Correctional Facility at Alden, New York. His presence is required in the United States District Court at Buffalo, New York, for a change of plea hearing.

**WHEREFORE,** your petitioner requests that the Clerk be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal for the Western District of New York to take said defendant into their custody and bring him before the United States

District Court, City of Buffalo, New York, on **October 23, 2025,** at **9:00 a.m.,** and, thereafter, said defendant is to be returned to his place of confinement.

DATED: Buffalo, New York, October 20, 2025

        MICHAEL DIGIACOMO
        United States Attorney

BY:  s/JOSHUA A. VIOLANTI
      Assistant United States Attorney
      United States Attorney's Office
      Western District of New York
      138 Delaware Avenue
      Buffalo, New York 14202
      716/843-5864
      Joshua.Violanti@usdoj.gov

IT IS SO ORDERED:

_____
HONORABLE RICHARD J. ARCARA
United States District Judge

DATED: October 20, 2025.